

# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2015

No. 04-15-00289-CR

Rodney Joe **GARRETT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR3151
Honorable Steve Hilbig, Judge Presiding

## O R D E R

On October 16, 2015, appellant filed an objection to counsel's motion to withdraw, stating that he objects to Mr. Dulany's withdrawal as counsel of record in his appeal because appellant believes that only Mr. Dulany has had sufficient time to familiarize himself with his case and prepare an effective brief. In the same document, appellant asks us to abate this appeal and remand this case to the trial court for a hearing on his motion to appoint counsel.

The trial court originally appointed Michael Young, Bexar County Public Defender, to represent appellant in this appeal. Assistant Public Defender Richard Dulany Jr. was apparently assigned to work on appellant's appeal. However, on October 2, 2015, Mr. Dulany filed a motion to withdraw as counsel, stating that he was no longer employed by the Bexar County Public Defender's office. On October 6, 2015, we granted Mr. Dulany's motion to withdraw as counsel in this appeal.

On September 21, 2015, Mr. Young filed a motion for extension of time to file appellant's brief, which was granted by this court. Because of this extension, appellant's brief is due on November 9, 2015. Additionally, on October 5, 2015, Assistant Public Defender Michael D. Robbins notified this court in writing that he is the new lead counsel in this appeal. In the event that Mr. Robbins needs additional time to familiarize himself with this case and prepare appellant's brief, he may file an additional motion for extension of time to file appellant's brief.

Because appellant has counsel in this appeal, his request to abate this appeal and remand this case to the trial court for the appointment of counsel is DENIED AS MOOT.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court